# Cole Schotz P.C.

1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000   212-752-8393  fax

—
New Jersey
—
Delaware
—
Maryland
—
Texas
—
Florida

Leo V. Leyva
Member
Admitted in NY and NJ

Reply to New York Office
Writer's Direct Line: 646-563-8930
Writer's Direct Fax: 646-563-7930
Writer's E-Mail: lleyva@coleschotz.com

November 8, 2018

**Via Electronic Case Filing**
**and Hand Delivery**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Secured Asset Management, LLC  v. Congregation Beth Joseph, Zwi
      Dushinsky & Eli Katz et al.
      Index No. 17-CV-5588 (DLI) (CLP)

Your Honor:

We are the attorneys for the Plaintiff Secured Asset Management, LLC ("Secured Asset") in this commercial foreclosure action.  We write regarding the pending motion and cross motion for summary judgment (the "Motions").  The Motions were fully briefed and submitted to the Court on March 26, 2018.  We respectfully request that the Court kindly advise if Your Honor requires oral argument or any additional information necessary to reach a determination.  We are available should the Court have any questions and we thank the Court for its time and attention to this matter.

Very truly yours,

COLE SCHOTZ P.C.

*/s/ Leo V. Leyva*

Leo V. Leyva

LVL:emm

www.coleschotz.com

52577/0002-16347647v1