# Cole Schotz P.C.

1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000    212-752-8393  fax

New Jersey

Delaware

Maryland

Texas

Florida

Leo V. Leyva
Member
Admitted in NY and NJ

Reply to New York Office
Writer's Direct Line: 646-563-8930
Writer's Direct Fax: 646-563-7930
Writer's E-Mail: lleyva@coleschotz.com

June 20, 2019

**Via Electronic Case Filing**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Secured Asset Management, LLC  v. Congregation Beth Joseph, Zwi Dushinsky & Eli Katz et al.
                Index No. 17-CV-5588 (DLI) (CLP)

Your Honor:

        We are the attorneys for the Plaintiff Secured Asset Management, LLC ("Secured Asset") in this commercial foreclosure action.  Following up on our letter dated November 8, 2018, we write regarding the pending motion and cross motion for summary judgment (the "Motions").  The Motions were fully briefed and submitted to the Court on March 26, 2018.  We respectfully request that the Court kindly advise if Your Honor requires oral argument or any additional information necessary to reach a determination.  We are available should the Court have any questions and we thank the Court for its time and attention to this matter.

        Very truly yours,

        COLE SCHOTZ P.C.

        */s/ Leo V. Leyva*

        Leo V. Leyva

CC:  All Counsel, Via ECF