UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURED ASSET MANAGEMENT, LLC,

                      Plaintiff,

-against-

CONG. BETH JOSEPH ZWI DUSHINSKY a/k/a/ CONGREGATION BETH JOSEPH ZWI DUSHINSKY, ELI KATZ, NYC ENVIRONMENTAL CONTROL BOARD, and "JOHN DOE 1-10," *said persons or parties having or claimed to have a right, title or interest in the mortgaged premises herein, their respective names presently unknown to Plaintiff*,

                      Defendants.

Case No. 17-cv-05588-PKC-PK

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that, pursuant to, *inter alia*, 28 U.S.C. § 1292(a)(2), defendants Cong. Beth Joseph Zwi Dushinsky a/k/a Congregation Beth Joseph Zwi Dushinsky and Eli Katz hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on September 30, 2019 (ECF No. 28), which granted the plaintiff's motion for summary judgment, denied the defendants' motion to dismiss, awarded the plaintiff a judgment of foreclosure, and ordered the appointment of a referee to compute the amounts due and conduct a foreclosure sale.

Dated: New York, New York
       October 29, 2019

By: _____
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE LLP
Empire State Building
350 Fifth Avenue, 68th Floor
New York, New York 10118
Tel: (212) 868-1010

*Appellate Counsel for Defendants Cong. Beth Joseph Zwi Dushinsky a/k/a Congregation Beth Joseph Zwi Dushinsky and Eli Katz*